# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41376
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 12, 2015

Lyle W. Cayce
Clerk

GEORGE WESLEY FISHER,

Plaintiff - Appellant

v.

BARRY NELSON; JUDGE JAMES CARLOW; VELMA MOORE, Bowie
County Clerk,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:14-CV-86

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

Pro se plaintiff George Fisher was involved in probate proceedings in
Bowie County Court from 2006–2009. After an unsatisfactory outcome, Fisher
brought a state court lawsuit accusing the presiding judge in that case of bias.
Fisher's complaint was dismissed and he subsequently filed this § 1983 action
in federal court repeating his allegations of bias and seeking reversal of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-41376

judgment in the probate dispute.  The district court dismissed the case for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine.  *See Liedtke v. State Bar of Tex.*, 18 F.3d 315, 317 (5th Cir. 1994) ("Absent specific law otherwise providing, that doctrine directs that federal district courts lack jurisdiction to entertain collateral attacks on state court judgments.").  Fisher has failed to provide any reason why the district court's determination was in error.  Accordingly, his appeal is DISMISSED.[1]

---

[1] Fisher's motion to modify the caption of this case is DENIED.